# Third District Court of Appeal

## State of Florida

Opinion filed September 25, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0723
Lower Tribunal No. F78-15256
_____

**Walter John Williams,**
Appellant,

vs.

**The State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Teresa Pooler, Judge.

Walter John Williams, in proper person.

Ashley Moody, Attorney General, and Richard L. Polin, Chief Assistant Attorney General, for appellee.

Before LOGUE, C.J., and LINDSEY, and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Tutson v. State</u>, 453 So. 2d 497 (Fla. 1st DCA 1984); (holding that offenders are not entitled to sentencing under the Youthful Offender Act, section 958.04, Florida Statutes (1979), for offenses committed prior to its effective date); <u>see also</u> <u>State v. Pizarro</u>, 383 So. 2d 762, 763 (Fla. 4th DCA 1980) ("Since the Youthful Offender Act alters the prescribed punishments for those persons meeting its requirements, it cannot apply to offenses committed prior to its effective date.").